**ORDERED.**

Dated: May 25, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08168

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Cyndi J. Heron<br>      Debtor.<br>_____<br>US Bank National Association, as trustee for certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2004-AC7<br>      Movant,<br>  vs.<br>Cyndi J. Heron, Debtor, Gayle E. Mills, Trustee.<br>      Respondents. | No. 4:10-BK-06277-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> Lot 38, JOHNSON RANCH UNIT 18, according to the Plat of Record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 129;
>
> EXCEPT all oil, gas and other hydrocarbon, helium or other substances of a gaseous nature, coal, metals, fossils, fertilizers of every name and description; and
>
> EXCEPT all uranium, thorium, or any other materials which may be determined by the laws of the United States, or of this state, or decisions of court to be particularly essential to the production of fissionable materials, whether or not of commercial value, as reserved in Arizona Revised Statutes.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.